# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **KAREN DISHMAN POWELL**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10CV00069 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **SYKES ENTERPRISES, INC.**, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

*Karen L. Powell, Pro Se Plaintiff; John W. Campbell, Constangy, Brooks & Smith, Tampa, Florida, and Robert Patrick Floyd, III, Constangy, Brooks & Smith, Fairfax, Virginia, for Defendant.*

In this pro se employment action, the defendant has filed a Motion to Dismiss. The court held a hearing on the motion, to which the pro se plaintiff attended. For the reasons stated on the record and for the reasons set forth in the defendant's motion, the court finds that the defendant has not stated a claim upon which relief can be granted, even liberally construing her pro se pleadings. Based on the statements by the plaintiff as to the nature of her claim, the court finds that any further amendment to her complaint would be futile, since none of the grounds stated by the plaintiff as to her alleged claim of discrimination fall within any recognized cause of action.

The plaintiff worked at a call center located in this judicial district. She alleges that she was discriminated against because she did not get a raise when other female

coworkers received raises. She believes that she was discriminated against in this regard because she is originally from Michigan and not from the local area.

The plaintiff also contends that she quit her job after she was wrongly reprimanded by a team leader and that another team leader had once called her at home and asked her "how big she liked it." She alleges that after she quit, a team leader told her that she should "work in a gas station."

These allegations, even if true, do not support any statutory claim of discrimination.

For these reasons, the defendant's Motion to Dismiss will be granted by separate order.

DATED: February 25, 2011

/s/ JAMES P. JONES
United States District Judge